In the Matter of the Petition of JESSIE HEERMANCE PRIME and Others, as Beneficiaries Respectively for Life under Certain Trusts Created by SUSIE E. HEERMANCE, Deceased, by a Trust Deed Dated March 1, 1909, for Appointment of a Substituted Trustee in Place and Stead of WESTCHESTER TRUST COMPANY. CENTRAL NATIONAL BANK OF YONKERS, as Substituted Trustee, and JESSIE HEERMANCE PRIME and Others, as Life Beneficiaries, Appellants; ARTHUR J. McQUADE, as Special Deputy Superintendent of Banks, etc., Respondent.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Motion to amend the title herein by substituting " Westchester Trust Company in Liquidation " as respondent, in place of

" Arthur J. McQuade, as Special Deputy Superintendent of Banks, etc.," as respondent, granted. [See *ante*, p. 28.] Present — Lazansky, P. J., Hagarty, Carswell, Davis and Adel, JJ.